

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 29, 2024

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    ***United States v. Moises Encarnacion, a/k/a "Bendiciones," No. 24 Mag. 1681***

Dear Judge McCarthy:

    The Government writes respectfully to request that the Court unseal the Complaint, 24 Mag. 1681, and related arrest warrant in the above-referenced case, as the defendant has been arrested.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney

                By:    /s/
                    Jared D. Hoffman
                    Justin L. Brooke

**APPLICATION GRANTED**

                    Assistant United States Attorneys
                    Southern District of New York
                    (914) 993-1928 / -1918

*[signature]*
Hon. Judith C. McCarthy   4-30-2024